ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, California  94105
   Tel:  (415) 977-8973
   Fax:  (415) 744-0134
   Email:  Susan.L.Smith@ssa.gov

Attorneys for Defendant Michael J. Astrue,
   Commissioner of Social Security

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| MARIA JESUS LOPEZ,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>   Defendant. | No. EDCV-11-01911-AGR<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: September 24, 2012    *alicia G. Rosenberg*

                                  HON. ALICIA G. ROSENBERG
                                  UNITED STATES MAGISTRATE JUDGE