1 ANDRÉ BIROTTE JR.
United States Attorney
2 LEON W. WEIDMAN
Assistant United States Attorney
3 Chief, Civil Division
SUSAN L. SMITH, CSBN 253808
4 Special Assistant United States Attorney
   160 Spear Street, Suite 800
5  San Francisco, California  94105
   Tel:  (415) 977-8973
6  Fax:  (415) 744-0134
   Email:  Susan.L.Smith@ssa.gov
7
Attorneys for Defendant Michael J. Astrue,
8     Commissioner of Social Security

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| MARIA JESUS LOPEZ, | No. EDCV-11-01911-AGR |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: September 24, 2012   _____
                            HON. ALICIA G. ROSENBERG
                            UNITED STATES MAGISTRATE JUDGE

-1-